```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALBERTO CASTELLANO,

                  Petitioner,

  - against -

UNITED STATES OF AMERICA,

                  Respondent.

**16 Cv. 3513 (VM)**
**1 Cr. 619 (VM)**

<u>ORDER</u>

**VICTOR MARRERO**, **United States District Judge**.

    In 2006, Petitioner Alberto Castellano ("Castellano") was convicted of numerous counts, including counts of attempted or completed Hobbs Act robbery in violation of 18 U.S.C. § 1951(a). Pursuant to 18 U.S.C. § 924(c) ("Section 924(c)"), Castellano was also convicted of numerous counts of possessing a firearm in furtherance of the Hobbs Act robbery counts. Castellano subsequently filed a motion pursuant to 28 U.S.C. § 2255 to vacate his convictions on the Section 924(c) counts. (<u>See</u> Dkt. No. 457.[1]) The Court issued a decision and order on April 16, 2025, denying the petition. (<u>See</u> Dkt. No. 475.) Following that denial, on April 30, 2025, Castellano filed a motion for reconsideration pursuant to Fed. R. Civ. P. 59(e). (<u>See</u> Dkt. No. 476.) Castellano submitted an

---

[1] All docket citations in this order refer to filings in 1 Cr. 619.

1

additional letter in support of that motion on September 2, 2025. (See Dkt. No. 479.)

The Government is hereby directed to respond to the arguments Castellano raises in the motion for reconsideration and subsequent letter within thirty (30) days by letter not to exceed four (4) pages.

**SO ORDERED.**

Dated:   4 September 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.